

Michael Best & Friedrich LLP
**Attorneys at Law**
**Patrick J. Bernal**
**T** 303.223.1707
**E** pjbernal@michaelbest.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2019
```

June 28, 2019

**MEMORANDUM ENDORSED**

VIA ECF

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court, New York
Southern District
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Johnson et al. v. Activate Financial, LLC, and John Does 1-25,*
      SDNY Case No. 1:19-cv-3359

Dear Judge Woods:

I represent Activate Financial, LLC ("Activate") in the above-captioned case. The Court has currently scheduled the Rule 16 Initial Pretrial Conference in this case for July 3, 2019. We have contacted Joseph Jones and Benjamin Wolf, counsel for the plaintiff, and the parties have reached an agreement to settle this matter. The parties ask that the Court cancel the initial pretrial conference currently set for July 3, 2019 and allow the parties forty-five days to file a motion for preliminary approval.

We appreciate the Court's consideration. Please contact the undersigned by email at pjbernal@michaelbest.com or by phone at (303) 223-1707 with questions or concerns.

Regards,

**MICHAEL BEST & FRIEDRICH LLP**

s/ *Patrick. J. Bernal*

Patrick J. Bernal
USDC SDNY Atty Reg. #PB0723

cc:   All Counsel of Record (via ECF)

Application granted. The initial pre-trial conference scheduled for July 3, 2019 is adjourned *sine die*. The parties are directed to submit either a motion for preliminary approval or a joint status letter no later than August 12, 2019. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: July 1, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge