UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ARTHUR JOHNSON, on behalf of himself,
and all others similarly situated,                     Case No: 1:19-cv-03359 GHW

                Plaintiff,

  -against-

ACTIVATE FINANCIAL LLC and JOHN DOES 1-25,

                Defendants.

------------------------------------------------------------------------X

**JOINT NOTICE OF MOTION FOR
CONDITIONAL APPROVAL OF CLASS ACTION
SETTLEMENT, CERTIFICATION OF
CONDITIONAL SETTLEMENT CLASS, AND
<u>APPROVAL OF CLASS NOTICE</u>**

      **PLEASE TAKE NOTICE**, that upon the terms set forth in the Parties' Class Action Settlement Agreement and upon the exhibits attached to the Joint Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement, Certification of Conditional Settlement Class, and Approval of Class Notice ("Joint Memorandum")which is filed with and in support of this Joint Motion, and upon all prior pleadings and papers heretofore had herein, the undersigned counsel for plaintiff and defendant will move this Court at a date to be determined, before the Honorable _____, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order:

      (1)     Pursuant to Fed. R. Civ. Proc. 23(b)(2), granting conditional certification of a settlement class defined as:

> All consumers located in the New York City, to whom Defendant sent initial letters and/or notices from April 15, 2018 through and including April 15, 2019, attempting to collect a debt owed to NCB MANAGEMENT SERVICES, IC., which stated in part:

<u>Unless you notify Activate Financial, LLC to the address specified above, within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Active Financial, LLC will assume this debt to be valid</u>.

(2) Pursuant to Fed. R. Civ. Proc. 23(e), approving conditionally the settlement of this action upon the terms and conditions set forth in the Class Action Settlement Agreement annexed as Exhibit "1" to the Joint Memorandum;

(3) Conditionally approving the defined Class for the purposes of Settlement;

(4) Pursuant to Fed. R. Civ. Proc. 23(e)(1)(B), approving the form and substance of, and the directing the manner of service of, the notice to the Class as set forth in the Exhibit "2", which is annexed to the Joint Memorandum;

(5) Setting a date, time and place for a Fairness Hearing; and

(6) Granting the parties to this action and the Class such other and further relief as this Court may deem just and proper.

Dated: New York, New York
August 7, 2019

By: */s/ Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
One Grand Central Place
60 East 42nd. Street, 46th Floor
New York, NY 10165
(646) 459-7971
*Attorneys for Plaintiff*

By: */s/ Michael C. Barnhill*
Michael C. Barnhill, Esq.
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
(801) 833-0500
*Attorneys for Defendant*