UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

ARTHUR JOHNSON, on behalf of himself and : 
all others similarly situated, :
: Case No.: 1:19-cv-03359 GHW
        Plaintiff(s), :
:
   v. :
:
ACTIVATE FINANCIAL, LLC and JOHN :
DOES 1-25, :
:
        Defendant(s). :

_____

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION; FINAL APPROVAL HEARING TO CONSIDER THE PROPOSED SETTLEMENT; AND YOUR RIGHTS CONCERNING THE PROPOSED SETTLEMENT**

IF YOU RECEIVED A LETTER FROM DEFENDANT DURING THE APRIL 15, 2018 TO APRIL 15, 2019 TIME PERIOD, PLEASE READ THIS NOTICE CAREFULLY. THIS LAWSUIT AND PROPOSED SETTLEMENT MAY AFFECT YOUR RIGHTS.

**I.   WHY SHOULD YOU READ THIS NOTICE?** If you received a letter from Activate Financial, LLC., ("Defendant") between April 15, 2018 and April 15, 2019 concerning the collection of a debt owed to NCB Management Services, Inc., which stated in part:

> Unless you notify Activate Financial, LLC to the address specified above, within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Active Financial, LLC will assume this debt to be valid

your rights may be affected by a proposed settlement with Defendant in the class action lawsuit known as Arthur Johnson, on behalf of himself and all others similarly situated, Plaintiff(s) v. Activate Financial, et al, Defendant(s), Civil Action No.: 1:19-cv-03359 GHW (the "Lawsuit") pending in the United States District Court, For The Southern District Of New York (the "Court").

The Court directed this Notice be provided to you because you have a right to know about a proposed settlement and all of your options, before the Court decides whether to approve the settlement.  This NOTICE explains the lawsuit, the Settlement, your legal rights, and what benefits are available.

The Representative Plaintiff, Arthur Johnson, has agreed to settle all claims with Defendant in the Lawsuit in exchange for the establishment of a Submitted Claim Fund with respect to which Class Members can make claims for settlement payment.  The Court has scheduled a hearing to consider the fairness, reasonableness and adequacy of the proposed settlement with Defendant, together with certain other matters, be held on February 20, 2020 at 4:00 PM. before the United States District located at the United States District Court, For The Southern District Of New York, 500 Pearl Street, Courtroom 12C,  New York, NY 10007 (the "Final Approval Hearing"). You may appear, or enter an appearance through an attorney. You do NOT have to appear at this hearing.  Please note that the Court may adjourn the Final Approval Hearing without further written notice to putative Class Members.

You may be a Class Member who would be entitled to receive the benefits of the proposed settlement. As a Class Member, however, you will also be bound by the release and other provisions of the Settlement if it is approved by the Court.  You may elect to Opt Out of the Class and the Settlement, as explained below. You also have a right to object to the settlement or to the applications for attorneys' fees and the Representative Plaintiff's payment that Class Counsel intends to make to the Court, but only if you comply with the procedures described in this Notice. **BECAUSE YOUR RIGHT TO PURSUE CERTAIN TYPES OF CLAIMS AGAINST DEFENDANT MAY BE AFFECTED BY THE SETTLEMENT, YOU SHOULD READ THIS NOTICE CAREFULLY.**

## II.    WHAT IS THIS LITIGATION ABOUT?

This case was filed by the Representative Plaintiff on behalf of himself and on behalf of all individuals similarly situated, against Defendant and asserted claims pursuant to the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").  More specifically, Plaintiff alleges that Defendant violated Section 1692e *et seq.*, and 1692g(a)(3) *et seq.*, of the FDCPA, by including the following statement(s):

> Unless you notify Activate Financial, LLC to the address specified above, within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Active Financial, LLC will assume this debt to be valid.

Defendant denies that the Representative Plaintiff's claims have any merit and contend that it complied with applicable laws at all times.

If you would like to receive further information about the claims asserted in the Lawsuit, a copy of the Complaint will be sent to you upon request either to Class Counsel or the Settlement Administrator, all of whom are identified below.

### III.     WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

In a Class Action Settlement Agreement dated August 6, 2019 (the "Agreement"), the Representative Plaintiff agreed to settle all claims that were or could have been asserted against Defendant in exchange for certain monetary consideration.

Pursuant to 15 U.S.C. §1692k(a), which addresses Civil Liability for violations of the FDCPA, "any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of: (1) any actual damages sustained by such person as a result of such failure; (2)(A) in a case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or (B) in the case of a class action, (i) such amount for each named plaintiff as could be recovered under subparagraph (A), and (ii) such amount as the court may allow for all other class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000 or 1 per centum (1%) of the net worth of the debt collector; and (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court.

The terms of the Agreement are summarized in this notice, but a copy of the entire Agreement will be sent to you upon request either to Class Counsel or the Settlement Administrator, all of whom are identified below.

   **A.     The Settlement Class.** The proposed settlement with Defendant will be on behalf of the following Persons (collectively, the "Class" and each member of the Class a "Class Member"), which has been conditionally certified for settlement purposes:

> All consumers located in the New York City, to whom Defendant sent initial letters and/or notices from April 15, 2018 through and including April 15, 2019, attempting to collect a debt owed to NCB MANAGEMENT SERVICES, IC., which stated in part:
>
> Unless you notify Activate Financial, LLC to the address specified above, within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Active Financial, LLC will assume this debt to be valid.

   **B.     The Settlement Consideration.**  If the Court approves the Settlement, the Agreement provides for monetary and other benefits to be provided to Class Members.

**C.     The Submitted Claim Fund.**  As part of the Settlement, Defendant has agreed to contribute a total amount of $3,260 to a Submitted Claim Fund, which is greater than the maximum amount pursuant the statute.  No later than thirty (30) days after the Effective Date of the Agreement, payment to Class Members shall be made as follows.  The Settlement Administrator shall take the settlement amount of $3,260.00 plus any accrued interest, less the amount to be paid to the Representative Plaintiff ($1,000), then distribute the remaining monies in equal, pro rata shares to all Class Members who do not Opt-Out of the settlement.

**D.     The Release And Dismissal With Prejudice.**  Upon final approval of the Settlement, the Lawsuit will be dismissed with prejudice as to Defendant.  Defendant will also receive a release and discharge from Class Members who do not timely elect to Opt Out of the Class and Settlement.  None of these claims may be asserted in any other lawsuit, and your only remedies will be those set forth in the Agreement, unless you exclude yourself from your settlement Class.  By staying in the class, all of the Court's orders will apply to you, and you will give the Defendant a "release."  A release means you cannot ever again sue or be a class member in any other lawsuit against Activate Financial LLC, with respect to the claim being settled.

Defendant and its clients reserve the right to pursue any debt(s) allegedly owed by Class Members to Defendant's clients.  Class Members retain any and all defenses they may have concerning the alleged debt(s), except that they may not assert a defense or Counterclaim based upon the Released Claims.  The aforesaid, alleged debt(s) are not part of this Agreement.

**IV.     WHAT WILL HAPPEN AT THE FINAL APPROVAL HEARING?**  The Final Approval Hearing will be held on February 20, 2020 at 4:00 PM., before the United States District Court, For The Southern District Of New York, located at, 500 Pearl Street, Courtroom 12C, New York, New York 10007.  However, the Order scheduling that Hearing also provides that it may be adjourned by the Court and that no additional notice will be provided to potential members of the Class other than announcement in open court.

At the Final Approval Hearing, the Court will consider several issues. First, the Court will consider whether the proposed settlement with Defendant that is reflected in the Agreement is fair, reasonable and adequate to the members of the Class.  Second, the Court will consider whether it should certify the Settlement Class pursuant to Fed. R. Civ. P. 23.  Among other things, this will require the Court to determine (i) whether the Class is so numerous so as to make joinder of all individual members impracticable; (ii) whether questions of law or fact common to the members of the Settlement Class predominate over questions affecting only individual members of the Class; (iii) whether the claims of the Representative Plaintiff are typical of the claims of the Class; and (iv) whether the Representative Plaintiff and Class Counsel can adequately represent the interests of the Class. Although the Court has preliminarily certified a Settlement Class, potential members of the Class who timely elect to Opt Out by following the procedures described below will be excluded from the Class.  Third, the Court will consider the

application for a payment of a stipend to the Representative Plaintiff, to be paid by Defendant, which stipend is discussed in more detail below. Fourth, the Court will consider an application by Class Counsel for attorneys' fees, costs and expenses, also discussed in more detail below, to be paid by Defendant.

**V. MAY I PARTICIPATE IN THE FINAL APPROVAL HEARING?** Any Class Member who objects to the proposed settlement with Defendant, the application for payment to Representative Plaintiff, the application for payment to Class Counsel or other matters to be considered at the Final Approval Hearing may appear, or enter an appearance through an attorney, and present such objections, provided, however, that no Class Member who has elected to Opt Out from the Class will be entitled to object. To be permitted to object to the proposed settlement, however, you must, on or before February 6, 2020, comply fully with the following requirements:

- File with the Court a written, signed notice of your intention to appear (or a notice of intention signed by an authorized representative) together with a statement setting forth your full name, full address and telephone number and your objections to the matters to be considered and the basis for those objections, together with any documentation that you intend to rely upon at the Final Approval Hearing; and

- Serve copies of all such materials either by hand delivery, overnight mail, or by first class mail upon the following:

| Joseph K. Jones, Esq. | Michael C. Barnhill, Esq. | Simpluris, Inc. |
|---|---|---|
| JONES, WOLF& KAPASI, LLC | MICHAEL BEST & | 3194-C Airport Loop Dr. |
| One Grand Central Place | FRIEDRICH, LLP | Costa Mesca, CA 96266 |
| 60 East 42nd. Street, 46th Floor | 2750 East Cottonwood | |
| New York, New York, 10165 | Parkway, Suite 560 | |
| | Cottonwood Heights, | |
| | Utah 84121 | |

United States District Court For The Southern District Of New York
500 Pearl Street,
New York, New York 10007

- If the Representative Plaintiff or Defendant files any response to your filing, you may supplement your filing by 10 days before Final Approval Hearing. Any supplemental filing must be served in the manner and upon the counsel described above. If you do not comply with the foregoing procedure and deadlines for submitting written objections and/or appearing at the Final Approval Hearing, you may lose substantial legal rights, including, but not limited to: (i) the right to appear and be heard at the Final Approval Hearing; (ii) the right to contest approval of the proposed settlement or the application for an award of attorneys' fees, costs and expenses to Class Counsel; (iii) the right to contest approval of the application for an incentive award to Representative Plaintiff; and (iv) the right to contest any other Orders or Judgments of the Court entered in connection with the proposed settlement. If the Court does not approve the proposed settlement, the

5

Agreement will be null and void. If there are further actions taken in the litigation that affect your rights, you will receive such notice, if any, as may be determined by the Court.

**VI.   WHAT IF I DO NOT WANT TO BE PART OF THE SETTLEMENT?**
If you do not want to be a member of the Class and participate in the proposed settlement, then **BY NO LATER THAN** January 18, 2020, you must send a written, signed notice that you want to Opt Out or be excluded from the settlement.

**TO BE CONSIDERED TIMELY AND TO EFFECTIVELY OPT OUT OF THE SETTLEMENT, YOUR WRITTEN AND SIGNED OPT OUT NOTICE MUST BE HAND DELIVERED OR POSTMARKED BY NO LATER THAN January 18, 2020. IF IT IS NOT HAND DELIVERED OR POSTMARKED BY THAT DATE, YOUR RIGHT TO OPT OUT WILL BE DEEMED WAIVED AND YOU WILL BE BOUND BY ALL ORDERS AND JUDGMENTS ENTERED IN CONNECTION WITH THE SETTLEMENT.**

If you choose to Opt Out of the settlement and the Class, you will not be entitled to receive the benefits of the proposed settlement with Defendant, including any payment from the Submitted Claim Fund specified in the Agreement. Your claims against Defendant will not be released and you will be free to pursue any claims you believe you have by filing a separate action.

Any Class Member who timely submits a request to Opt Out will have until the Final Approval Hearing to deliver to Class Counsel a written revocation of the request to Opt Out and shall thereby become a Class Member.

**VII.   WHAT ABOUT ATTORNEYS' FEES, COSTS AND EXPENSES?**   If the Court approves the proposed settlement, Class Counsel will apply to the Court for an award of attorneys' fees, including costs and expenses. In the Agreement, Defendant agreed not to oppose such an application for actual and reasonable attorney's fees and costs incurred in the aggregate amount of up to $15,000. If the Court awards Representative Plaintiff's actual and reasonable attorneys' fees, costs and expenses in an amount no greater than that amount, Defendant will pay the amount awarded by the Court to Class Counsel. This payment is in addition to the consideration to the Class Members that is described above and will not reduce in any respect the amount available to the Class Members if the proposed settlement is approved.

**VIII.   WHAT IS THE REPRESENTATIVE PLAINTIFF'S FEE?**  In addition to the application for attorneys' fees, costs and expenses described in the preceding section, in connection with the Court's consideration of the proposed settlement, the Representative Plaintiff intends to seek a stipend from the Court in the amount of One Thousand Dollars ($1,000) which, if awarded, would be separate than the settlement consideration that will be available to Class Members generally. The stipend is for the work done by the Representative Plaintiff on behalf of the Class throughout this litigation. In the

Agreement, Defendant agreed not to oppose such an application of up to One Thousand Dollars ($1,000) for the Representative Plaintiff in the Lawsuit. If the Court awards the Representative Plaintiff a fee up to that amount, Defendant will pay such an amount to the Representative Plaintiff out of the Submitted Claim Fund. The payment of this amount to the Representative Plaintiff will not reduce in any respect the benefits of the settlement to the Class if the proposed settlement is approved.

**IX.** **WHOM CAN I CONTACT WITH QUESTIONS?** If you have questions regarding this Notice, the proposed settlement, the Agreement, or the Lawsuit generally, you can obtain additional information from the following sources:

By Telephone: Joseph K. Jones, (646) 459-7971

By Mail:

        Joseph K. Jones, Esq.
        JONES, WOLF & KAPASI, LLC
        One Grand Central Place
        60 East 42nd. Street, 46th Floor
        New York, NY 10165

**PLEASE DO NOT CALL THE COURT, THE CLERK'S OFFICE OF THE UNITED STATES DISTRICT COURT, OR DEFENDANT, ACTIVATE.**

**X.** **EXAMINATION OF PAPERS.** This notice is a summary and does not describe the details of the settlement, the Agreement, or the proceedings in the Lawsuit generally. Complete copies of the Agreement and certain pleadings and papers filed in the Lawsuit will be sent to you upon written request to Class Counsel.

In addition, you may review the complete file of papers submitted in this Lawsuit at the office of the Clerk of the United States District Court , For The Southern District Of New York, during regular business hours.

**XI.** **REQUEST TO FORWARD THIS NOTICE.** If you are a Class Member described above in this Notice but you have assigned any claim that might be covered by the proposed settlement or the Release described above, please forward this Notice to the appropriate person as soon as possible.

Dated: _____ _____, 2019

BY ORDER OF

7