USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTHUR JOHNSON, on behalf of himself and all others similarly situated,

                     Plaintiff,

-against-

ACTIVATE FINANCIAL, LLC, and JOHN DOES 1-25,

                     Defendants.
-----------------------------------------------------------------X

1:19-cv-3359-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has approved the proposed notice and class action settlement agreement by separate order to be entered today. The Court advises Plaintiff's counsel that there is an extra period in Plaintiff's counsel's address on page 7 of the proposed notice, and the same error appears on page 3 of the Class Action Settlement Agreement. In addition, the period at the end of "et seq." on page 9 of the Class Action Settlement Agreement should not be underlined. The Court advises Plaintiff's counsel to fix these errors before mailing the notice.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

                                                 _____
                                                   GREGORY H. WOODS
                                                  United States District Judge