USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ARTHUR JOHNSON, on behalf of himself and all others similarly situated,

                       Plaintiff,

-against-

ACTIVATE FINANCIAL, LLC, and JOHN DOES 1-25,

                       Defendants.

-----------------------------------------------------------------X

1:19-cv-3359-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Because the Court has granted Plaintiff's motion to certify a Rule 23 class, Dkt No. 28, the Clerk of Court is directed to terminate the motions pending at Dkt Nos. 16 and 21.

   SO ORDERED. Dated:

      December 5, 2019
      New York, New York

                                                _____
                                                 GREGORY H. WOODS
                                               United States District Judge