```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARTHUR JOHNSON, on behalf of himself and   :
all others similarly situated,             :
                                           :
                        Plaintiff,         :          1:19-cv-3359-GHW
                                           :
            -against-                      :               ORDER
                                           :
ACTIVATE FINANCIAL, LLC, and JOHN          :
DOES 1-25,                                 :
                                           :
                        Defendants.        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2020

GREGORY H. WOODS, United States District Judge:

On February 21, 2020, the Court approved a class action settlement in this case. Dkt No. 32. Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED. Dated:

September 7, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge